# PELTON & ASSOCIATES PC

ATTORNEYS AT LAW

111 Broadway, Suite 1503, New York, NY 10006

Phone: (212) 385-9700 | Fax: (212) 385-0800 | Website: www.peltonlaw.com

**BRENT E. PELTON**  May 22, 2015
E-MAIL: pelton@peltonlaw.com

**VIA ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *De La Luz, et al. v. Mazor's Bakery LLC, et al.*
              Civil Action No. 14 Civ. 7327 (ERK) (RLM)

Dear Judge Mann:

    This office represents Plaintiffs in the above-referenced action. This letter is submitted jointly on behalf of all parties in accordance with Your Honor's May 18, 2015 Order.

    The parties respectfully request that a settlement conference be scheduled for the morning of September 11, 2015, or another date thereafter which is convenient for the Court.

    We appreciate Your Honor's attention to this matter. Should you have any questions regarding this submission, please feel free to contact the undersigned.

                                      Respectfully submitted,

                                      */s/ Brent E. Pelton*

                                      Brent E. Pelton, Esq. of
                                      PELTON & ASSOCIATES PC

cc:    Michael Botton, esq. (via ECF)