**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

**ARTURO DE LA LUZ, et al.,**

                     **Plaintiffs,**                          **ORDER**

            **-against-**                           **14-CV-7327 (DLI)**

**MAZOR'S BAKERY LLC, et al.,**

                     **Defendants.**
-------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       All parties have now responded to the Court's settlement proposal.  Unfortunately, there

is no settlement.  Parties should comply with all deadlines previously set by the Court.

       The Clerk is directed to docket and serve this Order via ECF.

            **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
              **September 18, 2015**


                          /s/ *Roanne L. Mann*
                          **ROANNE L. MANN**
                          **UNITED STATES MAGISTRATE JUDGE**