

# PELTON GRAHAM LLC

111 BROADWAY, SUITE 1503, NEW YORK, NEW YORK 10006
T 212.385.9700 ‖ F 212.385.0800 ‖ WWW.PELTONGRAHAM.COM

**BRENT E. PELTON, ESQ.**                                                                              JULY 28, 2016
PELTON@PELTONGRAHAM.COM

**VIA ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:    *De La Luz et al. v. Mazor's Bakery LLC, et al.*
                Civil Action No. 14 Civ. 7327 (DLI) (RLM)

Dear Judge Mann:

      We represent the plaintiffs in the above-referenced matter. Earlier today United States Bankruptcy Judge Elizabeth S. Stong granted relief from the automatic stay in the bankruptcy proceedings of Mazor's Bakery LLC, Case No. 1-15-44176 and Isaac Mazor, Case No. 1-15-44275, in order to permit the parties to litigate the above-referenced matter to judgment. These orders, annexed hereto as Exhibits A and B, become effective on August 11, 2016. As such, we have contacted counsel for the defendants in order to resume discovery in this matter.

      We appreciate Your Honor's attention to this matter. Please contact the undersigned should you have any questions regarding this submission.

                                        Respectfully submitted,

                                        */s/ Brent E. Pelton*

                                        Brent E. Pelton, Esq. of
                                        PELTON GRAHAM LLC

Encls.

cc:    Michael Botton, Esq. (via ECF)