UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

    MAZOR'S BAKERY LLC,

           Debtor.

Chapter 11

Case No. 1-15-44176-ess

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

After reviewing the Motion of Creditors Arturo De La Luz, Veronica Macuitl, Ofelia Perez, Ana Guardado, Janeth Huapaya, Araceli Flores Garcia, Emilia Escamilla, Marilu Chiriboga and Maria Gonzalez for Relief from the Automatic Stay, Dkt. No. 50 (the "Motion") and holding a hearing on July 25, 2016 to consider the Motion and concluding that the legal and factual bases set forth in the Motion establish cause for the relief requested in the Motion, and all objections to the Motion having been withdrawn or overruled, and capitalized terms used herein that are not defined having the meanings set forth in the Motion; it is hereby

**ORDERED**, that cause exists under 11 U.S.C. § 362(d)(1) to modify the automatic stay; it is further

**ORDERED**, that the ~~Motion is GRANTED, as set forth herein, and~~ Creditors are granted relief from the stay to litigate the District Court Action, *__De La Luz v. Mazor's Bakery LLC, 14 Civ. 07327,__* to the entry of judgment; and it is further

**ORDERED**, that, in accordance with Federal Rule of Bankruptcy Procedure 4001(a)(3), this Order will become effective *__on August 11, 2016__* ~~14 days after the date of its entry~~.



Dated: Brooklyn, New York
July 27, 2016

_____
Elizabeth S. Stong
United States Bankruptcy Judge